UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3598
_____

LINDSWORTH SESSAY,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No. A076-576-183)
Immigration Judge: Honorable Leo A. Finston
_____


SUR PETITION FOR PANEL REHEARING

_____


Present:  SCIRICA, JORDAN and GREENBERG *Circuit Judges*


The petitions for panel rehearing in the above-entitled case having been submitted

to the judges who participated in the decision of this Court, and the members of the panel

having voted for rehearing, the petitions for rehearing are GRANTED.  The opinion and

judgment entered March 27, 2013 are hereby vacated.  A subsequent opinion will be

issued.

BY THE COURT,


/s/ Anthony J. Scirica
*Circuit Judge*

DATED:      May 1, 2013
SLC/cc:      Lindsworth Brown-Sessay
              Lindsay M. Murphy
              Nicole Prairie